# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA

VS

YOSVANY BRITO

CASE NO. 1:01cr27 MMP

Warrant #0517-0414
8991-I

05-2527

FILED
APR 2 0 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __YOSVANI BRITO__
                                        Name
and bring him or her forthwith to the nearest magistrate to answer a

Probation Violation Petition

charging him or her with:

Violation of Supervised Release

| William M. McCool | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Deputy Clerk: Debi Boone | April 14, 2005   Gainesville |
|  | Date and Location |

Bail fixed at $ __Bail Reform Act__
and/or in accordance with Comprehensive Crime
Control Act of 1984.

by __Maurice M. Paul__
      Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk
By: Debi Boone
Deputy Clerk