

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
  Plaintiff
  -vs-

Defendant: Yosvany Brito

CASE NUMBER: CR: 05?9-04?4-8??1-D
05-2527-Torn?ff
1:01

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER: 20042-017

FILED APR 20 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO: CLERK'S OFFICE   **MIAMI**   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT        (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 4-19-05  1:00  AM ___ PM ✓

(2) LANGUAGE SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: Prob Violation

(4) DATE OF BIRTH: 10/24/73

(5) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
  { } INDICTMENT    { } COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  {✓} PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  ORINGINATING DISTRICT: _____

6) REMARKS: _____

7) DATE: 4-19-05    (8) ARRESTING OFFICER: Britt

9) AGENCY: USMS    (10) PHONE: 305-536-5677

11) COMMENTS: _____